433 A.2d 536

Commonwealth v. Williams, Appellant.

Submitted September 13, 1979.   John W. Packel, Chief, Appeals, Assistant Public Defender, for appellant;  Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and WATKINS and HOFFMAN, JJ.

Judgment of sentence affirmed.